1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   CAROLINE GRENOT, and              )
12 LUIS V. RODRIGUEZ,                )  No. C 08-2904 SBA
                                     )
13           Plaintiffs,             )
                                     )  **STIPULATION TO DISMISS AND**
14      v.                           )  **ORDER**
                                     )
15 ROBIN BARRETT, Director,          )
   U.S. Citizenship and Immigration Services, )
16 San Francisco, California,        )
                                     )
17           Defendant.              )
   _____)
18

19      Plaintiffs, by and through their attorney of record, and Defendant, by and through her attorney

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action without prejudice in light of the fact that the United States Citizenship and Immigration

22 Services adjudicated Plaintiff Rodriguez's petition for alien relative and Plaintiff Grenot's

23 adjustment of status application.

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Dismiss
C08-2904 SBA                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 15, 2008                           Respectfully submitted,

3 |                                                 JOSEPH P. RUSSONIELLO
                                                    United States Attorney

4 |

5 |

6 |                                                 _____/s/_____
                                                    ILA C. DEISS[1]
                                                    Assistant United States Attorney
7 |                                                 Attorney for Defendant

8 |

9 | Dated: July 15, 2008                          _____/s/_____
                                                    DONALD UNGAR
10 |                                                Attorney for Plaintiffs

11 |

12 |
                                        **ORDER**
13 |
     Pursuant to stipulation, IT IS SO ORDERED.
14 |

15 |

16 | Date:  7/16/08                              _Saundra B Armstrong_
                                                   SAUNDRA BROWN ARMSTRONG
17 |                                               United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-2904 SBA                                        2